UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

SAGE GERADAS LEWIS,

    Plaintiff,

Case No. 2:17-cv-114

v.

Honorable Paul L. Maloney

T. BROOKS et al.,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Order issued this date:

**IT IS ORDERED** that Plaintiff's action be **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  January 4, 2018          /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   United States District Judge